VAN ALLEN PUGSLEY et al., Respondents, *v.* JOHN DEVLIN, Appellant.

(Submitted December 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 20, 1890, which affirmed a judgment in favor of plaintiffs, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Horace Graves* for appellant.

*Edward F. Brown* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____